# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DONALD R. RICHARDSON, et al.,<br><br>        Defendants. | Case No.: 1:19-cv-00275 LJO JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS MATTER AS TO THE CITY OF BAKERSFIELD ONLY |

    The plaintiff has filed a notice of voluntary dismissal as to the City of Bakersfield. (Doc. 7) The City of Bakersfield has not appeared in the action. The Federal Rules of Civil Procedure Rule 41 makes such a notice effective immediately with further order of the Court. Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated: **April 12, 2019**     **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE