# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

     v.

DONALD R. RICHARDSON., et al.,

       Defendants.

) Case No.: 1:19-cv-00275 LJO JLT
)
) ORDER TO PLAINTIFF TO SHOW CAUSE WHY
) SANCTIONS SHOULD NOT BE IMPOSED FOR
) THE FAILURE TO COMPLY WITH THE
) COURT'S ORDERS AND TO PROSECUTE THIS
) ACTION; ORDER TO FILE AN AMENDED
) PROOF OF SERVICE
)

On February 27, 2019, the plaintiff initiated this action related foreclosure of federal tax liens. (Doc. 1) The next day, the Court issued the summons (Doc. 2) and its order setting the mandatory scheduling conference to occur on May 29, 2019. (Doc. 3) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 3 at 1) Despite this, the plaintiff has filed a proof of service presumably as to defendant Kowalski (though exactly which defendant was served is ambiguous) (Doc. 8) and no proof of service as to defendant Richardson and neither of these defendants have answered. Therefore, the Court **ORDERS**,

1

1.     **No later than May 27, 2019**, the plaintiff **SHALL** show cause why sanctions, up to and including dismissal of the action, should not be imposed for the failure to serve the summons and complaint[1] and comply with the orders of the Court. Alternatively, the plaintiff may file an amended proof of service clarifying which defendant was served as reflected in docket entry 8 and a proof demonstrating service on the remaining defendant;

2.     Due to the lack of service, the scheduling conference is **CONTINUED** to **June 27, 2019** at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **May 10, 2019**                         **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] This failure is most striking because the complaint alleges the correct address for both defendants ad admits knowledge of the agents for service of process and their addresses also.