1
2
3
4
5
6
7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,          ) Case No.: 1:19-cv-00275 LJO JLT
                                       )
12              Plaintiff,             ) ORDER DISCHARGING ORDER TO SHOW
                                       ) CAUSE AND GRANTING EXTENSION OF TIME
13         v.                          ) TO SERVE THE SUMMONS AND COMPLAINT
                                       ) (Docs. 12, 16)
14  DONALD R. RICHARDSON., et al.,     )
                                       )
15              Defendants.            )
                                       )
16

17          The Court ordered the plaintiff to show cause why sanctions should not be imposed for its

18  failure to serve the summons and complaint and to prosecute this action.  (Doc. 12) In response, the

19  plaintiff has filed an amended proof of service clarifying that the defendant served was Timothy

20  Kowalski (Doc. 14) and requested additional time to serve defendant Richardson (Doc. 16). The

21  plaintiff explains that Richardson is believed to live in Belize and it has initiated service as required by

22  the Hague Convention. Id.  Due to the lengthy process to serve a defendant in a foreign country, the

23  plaintiff seeks an extension of time until September 28, 2019, to complete service on Richardson. Id.

24  at 2.   Therefore, the Court **ORDERS**,

25          1.      **No later than September 27[1], 2019**, the plaintiff **SHALL** complete service on

26  defendant Richardson;

27

28
    _____
    [1] September 28, 2019 is a Saturday, so the Court will advance the deadline by one day.

                                        1

2.     At least one week before September 27, 2019, if the plaintiff has not filed proof on service on Richardson before that date, the plaintiff **SHALL** file report detailing the status of the efforts to serve this defendant;

3.     Due to the lack of service, the scheduling conference is **CONTINUED** to **November 4, 2019**[2] at 9:00 a.m.


IT IS SO ORDERED.

Dated:   **May 28, 2019**                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[2] If Richardson is served sooner, the plaintiff **SHALL** seek an order advancing the scheduling conference.