1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              )    Case No.: 1:19-CV-00275-LJO-JLT
                                             )
12              Plaintiff,                   )    **[~~PROPOSED~~] ORDER GRANTING**
                                             )    **THE UNITED STATES OF**
13              v.                           )    **AMERICA'S SECOND EX PARTE**
                                             )    **MOTION FOR EXTENSION OF**
14    DONALD R. RICHARDSON,                  )    **TIME TO SERVE PROCESS ON**
      TIMOTHY KOWALSKI, and                  )    **DEFENDANT DONALD R.**
15    KERN COUNTY TAX COLLECTOR              )    **RICHARDSON**
                                             )    (Doc. 20)
16              Defendants.                  )
      _____)

17

18          Upon the ex parte motion of the United States of America, and for good cause shown, it is

19    hereby ORDERED that:

20           (1) The 90-day time limit for service under Fed. R. Civ. P. 4(m) does not apply to service

21    of process on Defendant Donald R. Richardson because he must be served in a foreign country

22    under Fed. R. Civ. P. 4(f).

23          (2) The United States is hereby granted an extension of time until January 31, 2020, to

24

                                                 1

serve process on Defendant Donald R. Richardson.

IT IS SO ORDERED.

    Dated:   **September 23, 2019**           **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE