UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:19-CV-00275-LJO-JLT |
|---|---|
| Plaintiff, | **ORDER TO THE PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE FAILURE TO SERVE THE SUMMONS AND COMPLAINT** |
| v. | |
| DONALD R. RICHARDSON, et al., | |
| Defendants. | |

The Court has granted the plaintiff's extensions of time to serve Donald Richardson (Docs. 12, 18, 21). Since April 2019, the plaintiff has reported difficulties in serving Mr. Richardson who resides in Belize (Doc. 15 at 2). Nevertheless, the plaintiff last requested an extension of time to January 31, 2020 to effect service (Doc. 20 at 3). Though the Court surmises the difficulties in service have continued, the plaintiff has failed to file a proof of service or an explanation of the current state of these difficulties. Therefore, **within 14 days**, the plaintiff **SHALL** show cause in writing why sanctions should not be imposed for the failure to comply with the Court's orders and to prosecute this action.

IT IS SO ORDERED.

Dated: **February 11, 2020**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE