1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                Case No.: 1:19-CV-00275-LJO-JLT

12            Plaintiff,                       **ORDER DISCHARGING ORDER TO SHOW
                                               CAUSE**
13            v.                               (Doc. 25)

14   DONALD R. RICHARDSON, et al.,             **ORDER GRANTING EX PARTE REQUEST
                                               TO EXTEND THE DEADLINE TO EFFECT
15                                             SERVICE**
              Defendants.                      (Doc. 26)
16

17          The plaintiff has reported that service difficulties on defendant, Richardson, have continued,

18   though it appears that the plaintiff's efforts are progressing (Doc. 25). The plaintiff seeks an extension of

19   time to May 29, 2020 to complete this task (Doc. 26).  Good cause appearing, the Court **ORDERS**:

20          1.     The order to show cause (Doc. 24) is **DISCHARGED**;

21          2.     The exparte request for an extension of time (Doc. 26) to May 29, 2020 to complete

22   service on Mr. Richardson is GRANTED.  The plaintiff SHALL have until May 29, 2020 to complete

23   this task.

24
     IT IS SO ORDERED.
25

26      Dated:  __**February 12, 2020**__         ____**/s/ Jennifer L. Thurston**____
                                                   UNITED STATES MAGISTRATE JUDGE
27

28