1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>DONALD R. RICHARDSON, TIMOTHY KOWALSKI, and KERN COUNTY TAX COLLECTOR,<br><br>       Defendants. | Case No.: 1:19-CV-00275-NONE-JLT<br><br>[~~PROPOSED~~] **ORDER GRANTING THE UNITED STATES OF AMERICA'S FOURTH EX PARTE MOTION FOR EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANT DONALD R. RICHARDSON**<br>**(Doc. 29)** |

     For good cause shown, the Court **ORDERS** that the United States is granted until September 30, 2020, to serve process on Donald R. Richardson.

IT IS SO ORDERED.

    Dated:   __May 29, 2020__             _____ **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE