1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

UNITED STATES OF AMERICA,

12

Plaintiff,

13

v.

14

DONALD R. RICHARDSON, et al.,

15

Defendants.

16

)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:19-cv-00275 NONE JLT

ORDER GRANTING THE STIPULATION TO SET ASIDE THE DEFAULT AS TO TIMOTHY KOWALSKI AND SETTING MANDATORY SCHEDULING CONFERENCE
(Doc. 40)

17

The plaintiff and Mr. Kowalsi have stipulated to set aside the default entered against him.

18

(Doc. 40.)  Thus, the Court **ORDERS**:

19

    1.     The default entered against Timothy Kowalski (Doc. 39) is SET ASIDE;

20

    2.     Mr. Kowalski has 21 days from the date of service of this order to file a responsive

21

pleading;

22

    3.     The Court sets the mandatory scheduling conference on February 9, 2021 at 8:30 a.m.

23
24

IT IS SO ORDERED.

25

Dated:  __December 12, 2020__         _____**/s/ Jennifer L. Thurston**

26

                                 UNITED STATES MAGISTRATE JUDGE

27
28