RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-616-3173 (v)
202-307-0054 (f)
E-mail:   jonathan.m.hauck@usdoj.gov
          Western.taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:19-CV-00275-NONE-JLT |
| ) | |
| v. ) | **STIPULATION REGARDING** |
| ) | **PRIORITY OF INTERESTS IN THE** |
| DONALD R. RICHARDSON, ) | **SUBJECT PROPERTY BETWEEN** |
| TIMOTHY KOWALSKI, and ) | **THE UNITED STATES AND** |
| KERN COUNTY TAX COLLECTOR ) | **TIMOTHY KOWALSKI AND** |
| ) | ~~PROPOSED~~ **ORDER** |
| Defendants. ) | (Doc. 42) |
| ) | |

Pursuant to L.R. 137 and L.R. 143, Plaintiff, the United States of America, and defendant Timothy Kowalski stipulate and agree as follows:

1. The United States filed this action, *inter alia*, to foreclose federal tax liens against the real property described in paragraph 5 of the United States' Complaint in this case. (ECF No. 1). The real property is known as the "Subject Property" and is commonly referred to as "3712 Harmony Drive, Bakersfield, California 93306," and is more particularly described as follows:

   LOT 21 OF TRACT 2675 IN THE CITY OF BAKERSFIELD, COUNTY OF

1

KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED JANUARY 25, 1962, IN BOOK 12, PAGES 126, 127, AND 128 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ALL OIL, GAS AND HYDROCARBON SUBSTANCES AND ALL OTHER MINERALS OF ANY AND EVERY KIND WITHIN OR UNDERLYING SAID LAND AT A DEPTH OF MORE THAN 500 FEET BELOW THE SURFACE OF THE GROUND TOGETHER WITH THE RIGHT OF PROSPECTING AND/OR DRILLING OR PRODUCING, AND/OR REMONVING THE SAME THEREFROM, PROVIDED, HOWEVER, THAT SAID PARTIES, IT'S SUCCESSORS AND ASSIGNS SHALL NOT HAVE THE RIGHT TO ENTER UPON THE SURFACE OF SAID LAND FOR THE PURPOSE OF DRILLING FOR, EXTRACTING AND REMOVING SAID OIL, GAS AND OTHER HYDROCARBON SUBSTANCES OR OTHER MINERALS NOR FOR ANY PURPOSE IN CONNECTION THEREWITH AS RESERVED IN THE DEEDS FROM THE CHANSLOR-WESTERN OIL AND DEVELOPMENT COMPANY, RECORDED JANUARY 31, 1956 IN BOOK 2552, PAGE 347 OF OFFICIAL RECORDS AND AUGUST 24, 1959 IN BOOK 3183, PAGE 324 OF OFFICIAL RECORDS.

APN 382-241-14-00-3

2. Timothy Kowalski (Mr. Kowalski) was named as a defendant in this action under 26 U.S.C. § 7403(b). The United States claims no monetary relief against Mr. Kowalski in this action.

3. Mr. Kowalski was served a copy of the United States' Complaint, and summons for this action, and agrees that this Court has jurisdiction over the *res* of the Subject Property.

4. Both the United States and Mr. Kowalski claim an interest in the Subject Property. The United States has recorded liens which were reduced to judgment against Donald R. Richardson by the United States District Court for the District of Arizona on September 5, 2007. Mr. Kowalski has an interest in the Subject Property by virtue of an Abstract of Judgment recorded with the Kern County Recorder on July 28, 2017

(Doc. 217097509) related to Case Number BCV-16-101343TSC in the Superior Court of California, County of Kern. The United States does not challenge the existence or validity of Mr. Kowalski's Abstract of Judgment.

5. The United States and the Mr. Kowalski agree that the United States' liens have priority over Mr. Kowalski's interest in the Subject Property and that, in the event of a foreclosure of the Subject Property, the United States' liens will be satisfied from the proceeds before any payment is made to Mr. Kowalski.

6. Mr. Kowalski agrees to be bound by the judgment in this case.

7. The United States and Mr. Kowalski agree to bear their own costs and fees.

8. Unless otherwise ordered by the Court, the Mr. Kowalski is excused from further participation in this case.

//

//

//

//

3

9. The United States and Mr. Kowalski jointly request the Court to approve this stipulation.

|  |  |
|---|---|
|  | RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General |
| Dated: December 14, 2020 | /s/ Jonathan M. Hauck<br>JONATHAN M. HAUCK<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, D.C.  20044<br>202-616-3173 (v)<br>202-307-0054 (f)<br>jonathan.m.hauck@usdoj.gov<br><br>*Attorneys for the United States* |
| Dated: December 14, 2020 | /s/ Brandon B. Holladay<br>(as authorized via e-mail on December 14, 2020)<br>BRANDON B. HOLLADAY<br>Law Offices of Young & Nichols<br>1901 Truxtun Ave.<br>Bakersfield, CA 93301<br>661-861-7911 (v)<br>661-861-7932 (f)<br><br>*Attorney for Timothy Kowalski* |

**IT IS SO ORDERED.**

Dated: December 14, 2020

JENNIFER L. THURSTON
U.S. Magistrate Judge

4