IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No.: 1:19-CV-00275-JLT-BAK |
| ) | |
| v. ) | **AMENDED ORDER CONFIRMING** |
| ) | **SALE AND DISTRIBUTING** |
| DONALD R. RICHARDSON, ) | **PROCEEDS** |
| TIMOTHY KOWALSKI, and ) | |
| KERN COUNTY TAX COLLECTOR ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On June 11, 2021, the Court entered an Order of Foreclosure and Judicial Sale (Doc. 49). The Order directed the United States to sell the property of Donald R. Richardson located at 3712 Harmony Drive, Bakersfield, California 93306 ("the Property"), which is more-particularly described as follows:

> LOT 21 OF TRACT 2675 IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED JANUARY 25, 1962, IN BOOK 12, PAGES 126, 127, AND 128 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ALL OIL, GAS AND HYDROCARBON SUBSTANCES AND ALL OTHER MINERALS OF ANY AND EVERY KIND WITHIN OR UNDERLYING SAID LAND AT A DEPTH OF MORE THAN 500 FEET BELOW THE SURFACE OF THE GROUND TOGETHER WITH THE RIGHT OF PROSPECTING AND/OR DRILLING OR PRODUCING, AND/OR REMONVING THE SAME THEREFROM, PROVIDED, HOWEVER, THAT SAID PARTIES, IT'S SUCCESSORS AND ASSIGNS SHALL NOT HAVE THE RIGHT TO ENTER UPON THE SURFACE OF SAID LAND FOR THE PURPOSE OF DRILLING FOR, EXTRACTING AND REMOVING SAID OIL, GAS AND OTHER HYDROCARBON SUBSTANCES OR OTHER MINERALS NOR FOR ANY PURPOSE IN CONNECTION THEREWITH AS RESERVED IN THE DEEDS FROM THE CHANSLOR-WESTERN OIL AND DEVELOPMENT COMPANY, RECORDED JANUARY 31, 1956 IN BOOK 2552, PAGE 347 OF OFFICIAL RECORDS AND AUGUST 24, 1959 IN BOOK 3183, PAGE 324 OF OFFICIAL RECORDS.
APN 382-241-14-00

Upon review of the United States' Motion to Confirm Sale and Distribute Proceeds, and for good cause showing:

IT IS ORDERED THAT the sale on December 1, 2021 of the Property was properly conducted. The sale is hereby confirmed.

IT IS FURTHER ORDERED THAT the Internal Revenue Service is authorized to execute and deliver to the purchaser a Certificate of Sale and Deed conveying the property to the purchaser or assignee(s).

IT IS FURTHER ORDERED THAT, on delivery of the Certificate of Sale and Deed, all interests in, liens against, or claims to the property that are held or asserted in this action by the United States or any of the Defendants are discharged and extinguished. On the delivery of the Certificate of Sale and Deed, the property shall be free and clear of the interests of all parties to this action.

IT IS FURTHER ORDERED THAT possession of the property sold shall be yielded to the purchaser or assignee(s) upon the production of a copy of the Certificate of Sale and Deed; if there is a refusal to so yield, a Writ of Assistance may, without further notice, be issued by the Clerk of Court to compel delivery of the property to the purchaser or assignee(s).

IT IS FURTHER ORDERED THAT the proceeds of the sale on December 1, 2021 of the Property shall be distributed by the Clerk of Court as follows:

1. First, by check made payable to the "Internal Revenue Service" in the amount of $1,469.95 for costs of sale, mailed to:

> Internal Revenue Service
> c/o Phillip Conrad
> CEASO Seizure & Litigation Advisor, Los Angeles Advisory
> 300 N Los Angeles St. MS 5021
> Los Angeles, CA 90012

2. Second, by check made payable to "Kern County Treasurer-Tax Collector" in the amount of $7,566.80, with APN 382-241-14-00-3 written in the memo field, mailed to:

> Jordan Kaufman
> Treasurer-Tax Collector, County of Kern
> 1115 Truxtun Avenue, 2nd Floor
> Bakersfield, CA 93301-4640

3. Third, by check made payable to the "United States Department of Justice," in the amount of the remaining proceeds of the sale, plus any accrued interest, with "*United States v. Donald R. Richardson, et al.*, Case No. 1:19-CV-00275" written in the memo field, mailed to:

> Department of Justice, ATTN: TAXFLU
> P.O. Box 310 – Ben Franklin Station
> Washington, DC 20044

IT IS SO ORDERED.

Dated: __March 18, 2022__

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE